**RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
100 Bush Street, #1980
San Francisco, CA  94104
Telephone:     415/981-9788
Facsimile:      415/981-9798
Email:             RogersRMR@yahoo.com

Attorneys for Plaintiff
**KEVIN L. SUNKETT**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN L. SUNKETT, | Case No.: |
| Plaintiff, | |
| v. | |
| INTUITIVE SURGICAL, INC., | **COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES** |
| Defendant. | **DEMAND FOR JURY TRIAL** |

Comes now Plaintiff, KEVIN L. SUNKETT, and alleges:

## JURISDICTION

1. The Court has jurisdiction over Plaintiff's race discrimination claim pursuant to Title VII 42 USC §2000e, *et* seq.  28 USC §1331.  This Court has supplemental jurisdiction over related state claims.  28 USC §1367.

## VENUE

2. Venue is proper in that the employment was in Santa Clara County, California.  28 USC §1391; 42 USC 2000e-5(f)(3).

//

//

COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES -- DEMAND FOR JURY TRIAL

## **CHARGING ALLEGATIONS**

3. Plaintiff, an African American male, was contracted through an agency to work for Defendant, commencing on or about September 17, 2012, as an Inventory Controller. He was terminated on or about September 25, 2012.

4. In the performance of his duties Plaintiff discovered two accounting errors made by one of Defendant's employees, a Filipino.

5. On being advised of the errors, the said employee became enraged and threatened Plaintiff.

6. Plaintiff complained to his supervisor, Defendant's employee, on two different occasions.

7. As a result of Plaintiff's complaints, he was terminated by Defendant and the agency; the Filipino employee was not disciplined nor terminated.

8. Defendant had advance knowledge that the Filipino employee had anger management issues.

9. As a direct result of Defendant's said conduct, Plaintiff has suffered loss of earnings and will continue to suffer such losses in future, all to his damage in a sum within the jurisdiction of this Court.

10. As a further direct result of Defendant's said conduct, Plaintiff has suffered and will continue to suffer severe emotional distress to his general damage in an amount within the jurisdiction of this Court.

11. Defendant's said conduct was outrageous, despicable, malicious, oppressive, fraudulent and beyond the bounds tolerated by a civilized community, by reason of which Plaintiff demands exemplary and punitive damages. Defendant intended to harm Plaintiff.

12. Plaintiff timely filed a Charge of Discrimination with the federal and state agencies. A copy is attached hereto as Exhibit 1 and fully incorporated herein by this reference. Plaintiff has received right-to-sue letters from the said agencies.

//

//

## COUNT ONE
### (Title VII)

13. Defendant terminated Plaintiff because of Plaintiff's race in violation of 42 USC §2000e.

## COUNT TWO
### (FEHA)

14. Defendant terminated Plaintiff because of Plaintiff's race in violation of Cal. Gov. Code §12940(a).

## COUNT THREE
### (Unruh Civil Rights Act)

15. Defendant conspired with the said agency to deprive Plaintiff of the right to be free from racial violence in violation of Cal. Civil Code §51.7.

WHEREFORE, Plaintiff prays for:

1. Injunctive relief requiring Defendant to refrain from further discriminatory acts and remedying past discrimination;

2. Actual damages in a sum to be ascertained at trial;

3. General damages in an amount within the jurisdiction of this Court;

4. Exemplary and punitive damages in an amount within the jurisdiction of this Court;

5. Costs of suit, prejudgment interest, reasonable attorney's fees; and

6. Such further relief as the Court deems just and proper.

Respectfully submitted,

Dated: 12/31/13

LAW OFFICE OF RICHARD M. ROGERS

By: /s/ Richard M. Rogers
RICHARD M. ROGERS
Attorneys for Plaintiff

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands trial by jury.

Dated: 12/31/13

Respectfully submitted,

LAW OFFICE OF RICHARD M. ROGERS

By: /s/ Richard M. Rogers
RICHARD M. ROGERS
Attorneys for Plaintiff

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 556-2013-00476 |

**California Department Of Fair Employment & Housing** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Kevin L. Sunkett | | 09-29-1967 |

| Street Address | City, State and ZIP Code |
|---|---|
| 150 Palm Valley Blvd., # 3068, San Jose, CA 95123 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| INTUITIVE SURGICAL | 500 or More | (408) 523-2100 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1250 Kifer Road, Sunnyvale, CA 94086 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                Latest
                        09-25-2012

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was contracted to the above named employer since September 17, 2012, until I was terminated on September 25, 2012. My job classification was Inventory Controller.

On September 24, 2012, I discovered a work-related discrepancy caused by another co-worker, name unknown, Filipino, Material Handler (Respondent's employee), and told him about it. The co-worker yelled at me. I complained to my supervisor, Sallie Thawley, Caucasian, (Respondent's employee), and she acknowledged that this co-worker had an attitude problem and she would talk to him. Shortly after, I discovered another discrepancy that the same co-worker made and I informed him of the problem. Again, the co-worker yelled at me. I immediately complained to Ms. Thawley, who called the co-worker to see her. As I crossed paths with the co-worker, he threatened me with his fist. I immediately complained to Thomas Cooper, Caucasian, Technical Recruiter (Advantage Technical Resourcing employee), who informed Connie Alarcon, Caucasian, Program Manager (Advantage Technical Resourcing employee), about my complaint, and he told me to contact her, which I did.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

X 5/8/2013  X *Kevin L Sunkett*
Date   Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

RECEIVED
MAY -8 2013
EEOC - SJLO

**EXHIBIT 1**

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 556-2013-00476 |

**California Department Of Fair Employment & Housing** and EEOC

*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

On September 25, 2012, Ms. Alarcon approached me and asked about my complaint. Ms. Alarcon asked for my badge and I asked why but she never provided a reason. Ms. Alarcon continued to ask for my badge which I handed it to her and I requested for my belongings. I also told Ms. Alarcon that I would be filing an EEOC charge against Respondent. Ms. Alarcon did not respond. I am aware that the co-worker was not terminated. I believe that both Respondent and my employer, Advantage Technical Resourcing, worked together to ultimately terminate my employment.

Respondent did not provide any reasons for its actions.

I believe that I was discriminated against because of my race, Black, in violation of my rights as protected by Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC-SJLO

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

X 5/8/2013   X *Kevin L Luckett*
Date                Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*