RICHARD M. ROGERS, #045843
LAW OFFICE OF RICHARD M. ROGERS
100 Bush Street, #1980
San Francisco, CA 94104
Telephone:   415/981-9788
Facsimile:   415/981-9798
Email:       RogersRMR@yahoo.com

Attorneys for Plaintiff
KEVIN L. SUNKETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN L. SUNKETT,<br><br>           Plaintiff,<br><br>     v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>           Defendant. | Case No.: C13-06004 CRB<br>Related to Case No.: C14-00967 CRB<br><br>Case filed:          12/31/13<br>Case reassigned:     03/04/14<br>Trial date:          TBA<br><br>STIPULATION TO DISMISSAL;<br>[PROPOSED] ORDER |

CASE NO. C13-06004 CRB -- STIPULATION TO DISMISSAL; ORDER

SUNKETT-ISI
/DISMISS.STIP

Pursuant to F.R.Civ.P. 41(a)(1), the parties hereto stipulate to a dismissal of this action with prejudice, pursuant to a Settlement Agreement.

Respectfully submitted,

Dated: 8-18-14

LAW OFFICE OF RICHARD M. ROGERS

By: /s/ Richard M. Rogers
RICHARD M. ROGERS
Attorneys for Plaintiff

Dated: 9-23-14

LITTLER MENDELSON, P.C.

By: /s/ Karin Cogbill
KARIN M. COGBILL
Attorneys for Defendant

IT IS SO ORDERED.

Dated: Sept. 25, 2014

By: _____
SENIOR JUDGE, U.S. DISTRICT COURT

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SUNKETT/ISI
/DISMISS.STIP

USDC NO. CV09-06107 CW [ECF] – STIPULATION TO DISMISSAL OF ACTION; ORDER

1